WALTER SCOTT, Respondent, *v.* CHARLES G. CONN, Appellant.

*Scott* v. *Conn*, 93 App. Div. 612, affirmed.
(Argued October 24, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Edwin Countryman* for appellant.

*Charles D. Ridgway,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.